IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVIN THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-cv-1080-WKW |
| ) | (WO -- Do Not Publish) |
| TRAVELERS CASUALTY AND ) | |
| SURETY COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the court is Plaintiff Alvin Thomas's ("Plaintiff") Post-Trial Motion for Reconsideration and Hearing on the Merits (Doc. # 75), which requests the court to reconsider its entry of summary judgment in favor of Defendant Travelers Casualty and Surety Company of America ("Defendant") and against Plaintiff as to all claims alleged in Plaintiff's complaint. On September 30, 2014, the court ordered Defendant to show cause why Plaintiff's motion for reconsideration should not be granted. (Doc. # 77.) Defendant responded to the court's show cause order (Doc. # 77), arguing that none of the arguments or evidence presented in Plaintiff's motion warrants reconsideration of the court's finding at summary judgment that Plaintiff's claims are time-barred.

Based on the foregoing, and having considered the arguments of the parties, the applicable law, and the record as a whole, the court agrees with Defendant, and Plaintiff's Motion for Reconsideration (Doc. # 75) is DENIED.

DONE this 3rd day of November, 2014.

                                                      /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE